IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-088 |
| | ) | |
| ANTWAN ISREAL CRAWFORD | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 26.) Therefore, a motions hearing for Defendant is not necessary, and all pending motions are **MOOT**. (Doc. nos. 14-1, 14-2, 15, 16, 17-1, 17-2, 18, 19.)

SO ORDERED this 14th day of March, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA